# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 23-30621
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

March 25, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Tory Phillips,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:20-CR-284-2

_____

Before King, Haynes, and Graves, *Circuit Judges*.

Per Curiam:[*]

Tory Phillips appeals the within-guidelines 88-month sentence of imprisonment imposed following his guilty plea conviction for conspiracy to distribute and to possess with intent to distribute a controlled substance.

Insofar as Phillips challenges the district court's denial of his request for a downward departure, we lack jurisdiction to review this issue. *See*

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-30621

*United States v. Fillmore*, 889 F.3d 249, 255 (5th Cir. 2018).  As to his claim that his sentence is substantively unreasonable, our review is for an abuse of discretion.  *See Gall v. United States*, 552 U.S. 38, 51 (2007).  The district court considered and rejected Phillips's arguments for a lesser sentence, and he has presented nothing to indicate that the court abused its discretion in weighing the sentencing factors. *See United States v. Cooks*, 589 F.3d 173, 186 (5th Cir. 2009).  His disagreement with the propriety of the sentence is insufficient to rebut the presumption of reasonableness that applies to his within-guidelines sentence.  *See id.*

Accordingly, we DISMISS Phillips's appeal, in part, for lack of jurisdiction and AFFIRM the district court's judgment in all other respects.